IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OMAR ALVAREZ, | )<br>) Civil Action No.<br>) 1:19-cv-05583-MLB |
| Plaintiff, | |
| v. | )<br>) |
| M&DK CONSTRUCTION, INC., and EDWIN SANTOS, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## **ORDER**

Upon application of the parties and upon review of the private settlement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that the above-styled action be DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction to enforce the terms of the settlement.

SO ORDERED this 23rd day of June, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE